[No. 46076-5-I. Division One. December 24, 2001.]

JOHN BRY, *Petitioner*, v. THE CITY OF SEATTLE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-05608-6, Nicole MacInnes, J., entered January 25, 2000. *Reversed* by unpublished per curiam opinion.

[No. 46154-1-I. Division One. December 24, 2001.]

THE CITY OF BELLINGHAM, *Respondent*, v. ERICK B. STRUTHERS, *Petitioner*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 99-1-00375-9, David A. Nichols, J., entered February 9, 2000. *Affirmed* by unpublished per curiam opinion. Now published at 109 Wn. App. 864.

[No. 46712-3-I. Division One. December 24, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. MERRILL STEPHEN BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-00724-4, Palmer Robinson, J., entered May 8, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 46735-2-I. Division One. December 24, 2001.]

*In the Matter of the Detention of* ALAN MEIRHOFER, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 96-2-01119-0, Steven J. Mura, J., entered May 22, 2000. *Affirmed* by unpublished opinion per Becker, J., concurred in by Agid, C.J., and Webster, J.